IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

      Plaintiff,                    No. CIV S-06-0861 DFL GGH P

     vs.

DIANA K. BUTLER, Warden, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed October 24, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: (former) Warden Diana K. Butler; Correctional Sgt. S. Johnson; Correctional Officer (C/O) Tuggle; C/O D. Ramirez; C/O P. Cordero.

        2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one

1

summons, an instruction sheet and a copy of the amended complaint filed November 22, 2006.

        3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 1 above; and

        d. Six (6) copies of the endorsed amended complaint filed November 22, 2006.

        4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 4/20/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ELONZA JESSE TYLER,
11          Plaintiff,                    No. CIV S-06-0861 DFL GGH P
12       vs.
13   DIANA K. BUTLER, Warden, et al.,     NOTICE OF SUBMISSION
14          Defendants.                   OF DOCUMENTS
15   _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            1      completed summons form
19            5      completed USM-285 forms
20            6      copies of the November 22, 2006
                                  Amended Complaint
21   DATED:
22
23
                                          _____
                                          Plaintiff
24
25
26