IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

    Plaintiff,                             No. CIV S-06-0861 JAM GGH P

    vs.

DIANA K. BUTLER, et al.,

    Defendants.                        ORDER

_____/

        On October 3, 2008, defendants' filed a motion for summary judgment, which was the deadline set forth for the filing of pretrial dispositive motions in the Scheduling Order, filed on December 26, 2007. However, the court had just previously adjudicated plaintiff's motion to compel, which was denied in part and granted in part in an Order, filed on September 24, 2008. In that order, the court reopened discovery for the limited purpose of having the defendants provide discovery responses as set forth therein; however, the court did not vacate the pretrial dispositive motion deadline at that time, which led to the anomalous result that defendants' motion for summary judgment was due prior to their new deadline for providing further discovery responses.

        It does not appear, by plaintiff's motion for extension of time to respond to defendants' motion for summary judgment, which was expressly not opposed by defendants, that he had as yet been served with any additional discovery, nor have defendants represented that any

response from them, pursuant to the court's September 24, 2008, Order, has been forthcoming.

The court will now vacate the pretrial dispositive motion deadline from the Scheduling Order, filed on December 26, 2007, as well as defendants' pending motion for summary judgment at this time, pending defendants' filing proof of service of having served any further discovery upon plaintiff, pursuant to the September 24, 2008, Order, within twenty days of the filed date of this order. Upon defendants' filing such proof of service, defendants must re-notice their motion for summary judgment, after which plaintiff will have thirty days to file his opposition; thereafter, defendants will have seven days to file any reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial dispositive motion deadline is vacated from the Scheduling Order, filed on December 26, 2007 (Docket # 23);

2. Defendants' motion for summary judgment, filed on October 3, 2008 (Docket # 29) is vacated without prejudice to being re-noticed once defendants' have filed proof of service, within twenty days of the filed date of this Order, of having served further discovery upon plaintiff, pursuant to this court's September 24, 2008, Order;

3. Once defendants' have re-noticed their motion for summary judgment in twenty days, plaintiff must file his opposition within thirty days, after which any reply must be filed within seven days; and

4. Plaintiff's unopposed October 27, 2008 motion for an extension of time (Docket #30) is denied as moot.

DATED: December 3, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
tyle0861.36+